IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ERICE M. KENCY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-188 |
| | ) | |
| CHRISTINE WORMUTH, Secretary, | ) | |
| Department of the Army, Agency, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**

_____

On April 4, 2024, the Court recommended dismissing this case without prejudice because Plaintiff failed to timely effect service of process. (Doc. no. 7.)  The Court explained Plaintiff was provided with the information and tools needed to effect service but had not complied with the Federal Rules of Civil Procedure or shown good cause for failing to timely effect service. (Id.)  Moreover, Plaintiff's response to the Court's March 18, 2024 show cause order failed to demonstrate Plaintiff had properly attempted to effectuate service under Federal Rule of Civil Procedure 4. (Id.; see also doc. nos. 5-6.)

On April 18, 2024, Plaintiff timely filed objections to the Court's April 4th Report and Recommendation, in which he requests an extension of time to effectuate service. (Doc. no. 9.)  Plaintiff concedes he failed to effectuate service in the time required by Federal Rule of Civil Procedure 4. (Id. at 2.)  Nonetheless, in an abundance of caution, the Court **GRANTS** Plaintiff's request for an extension of time to effect service.  Plaintiff shall have

through and including June 24, 2024, to provide proof of service in accordance with Federal Rule of Civil Procedure 4(l).  The Court **DIRECTS** the **CLERK** to issue summons as to Defendant Christine Wormuth; Merrick B. Garland, Attorney General of the United States; and the Civil Process Clerk for the Office of the U.S. Attorney for the Southern District of Georgia, and enclose the summons with Plaintiff's service copy of this Order.  Plaintiff is responsible for properly serving Defendant in accordance with Federal Rule of Civil Procedure 4(i) and the deadlines established by this Order.  The Court **VACATES** the recommendation for dismissal filed April 4, 2024.  (Doc. no. 7.)  However, failure to effect service by June 24th will result in dismissal of any unserved Defendant, or if no Defendant has been served, dismissal of the entire case.  No further extensions of time shall be granted.

    SO ORDERED this 24th day of April, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA