IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ERICE M. KENCY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 123-188 |
| CHRISTINE WORMUTH, Secretary, Department of the Army, Agency, | ) ) ) ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 17.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice for failure to timely effect service on Defendant, and **CLOSES** this civil action.

SO ORDERED this 22nd day of July, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA